UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CASE SUMMARY

ORIGINAL

FILED 2009 SEP 16 AM 11:4[?]

Case Number __CR-09-00935__   Defendant Number __ONE__
U.S.A. v. PAMELA QU, aka "Minhong Qu," aka "Sophia Qu"   Year of Birth __1968__
☐ Indictment   ☒ Information   Investigative Agency (FBI, DEA, etc.) __ICE__

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"

### OFFENSE/VENUE

a. Offense charged as a:   ☐ Petty Offense
   ☒ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of Offense: Beginning on unknown date to August 17, 2009; November 26, 2008; January 22, 2009; July 15, 2009; August 11, 2009
c. County in which first offense occurred:
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☒ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other _____

Citation of offense: 18 U.S.C. § 2422(a); 21 U.S.C. §§ 331(i)(3) and 333(a)(1)

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: __August 31, 2009__
   Case Number: __09-1801M__
   Charging: 18 U.S.C. § 2320 and 21 U.S.C. §§ 331(i)(3) and 333(a)(1)
The Complaint:   ☒ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*                ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

This is the __1st__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
                N/A
Case Number: _____

The superseded case:   N/A
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on: __N/A__

Are there 8 or more defendants in the superseding case?
   ☐ Yes*                ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                ☐ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes                 ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☒ Yes   ☐ No

IF YES, list language and/or dialect:
   __MANDARIN__

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☐ Male  ☒ Female
- ☒ U.S. Citizen  ☐ Alien
- Alien Name(s): aka "Minhong Qu," aka "Sophia Qu "

This defendant is charged in: ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud  ☐ public corruption
- ☐ government fraud  ☐ tax offenses
- ☐ environmental issues  ☐ mail/wire fraud
- ☒ Other: Coercion and Enticement to Travel in Interstate and Foreign Commerce to Engage in Illegal Sexual Activity; Sale of a Counterfeit Drug

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: August 17, 2009
b. Posted bond at complaint level on: September 8, 2009
   In the amount of: $50,000
c. PSA supervision?  ☒ Yes  ☐ No
d. Is a Fugitive?  ☐ Yes  ☒ No
e. Is on bail or release from another district: N/A
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested:  ☐ Yes  ☒ No

Defendant is **IN** custody: N/A
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____

d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____
Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.CrP.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: September 15, 2009

*Signature of Assistant U.S. Attorney*

HARVINDER S. ANAND
*Print Name*