*Memorandum*                              FILED        ORIAL

# CR09-00935

| Subj: | Date: 2009 SEP 16 AM 11: 42 |
|---|---|
| UNITED STATES v. PAMELA QU, aka "Minhong Qu," aka "Sophia Qu" | September 15, 2009 CLERK, U.S. DIST. COURT DIST. OF CALIF LOS ANGELES |

| To: | From: |
|---|---|
| TERRY NAFISI<br>Clerk of the Court<br>United States District Court<br>Central District of California | Harvinder S. Anand<br>Assistant United States Attorney<br>Criminal Division |

The matter relating to the above-referenced criminal action,

   UNITED STATES v. PAMELA QU, aka "Minhong Qu," aka "Sophia Qu," being filed on

   September 16, 2009

   [ ] is

   [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

                           Harvinder S. Anand
                           Assistant United States Attorney
                           Criminal Division